# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:21-CV-493-RJC-DCK

| | |
|---|---|
| **JERRY GREEN, and LINDA PETROU,** | )<br>) |
| **Plaintiffs,** | )<br>) |
| v. | ) **ORDER**<br>) |
| **KAREN BRINSON BELL,** | )<br>)<br>) |
| **Defendant**. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) filed by Robert N. Hunter, Jr., concerning Cameron T. Norris, on September 24, 2021. Cameron T. Norris seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) is **GRANTED**. Cameron T. Norris is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: September 24, 2021

*/s/ David C. Keesler*
David C. Keesler
United States Magistrate Judge