IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-493-RJC-DCK

| | |
|---|---|
| **JERRY GREEN, and LINDA PETROU,** | )<br>) |
| **Plaintiffs,** | )<br>) |
| v. | ) **ORDER**<br>) |
| **KAREN BRINSON BELL,** | )<br>) |
| **Defendant**. | )<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) filed by Robert N. Hunter, Jr., concerning William S. Consovoy, on September 24, 2021. William S. Consovoy seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) is **GRANTED**. William S. Consovoy is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: September 24, 2021

David C. Keesler
United States Magistrate Judge