IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-493-RJC-DCK

| | |
|---|---|
| JERRY GREEN AND LINDA PETROU, ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **KAREN BRINSON BELL**, in her official ) <br> capacity as Executive Director of the North ) <br> Carolina Board of Elections, ) <br> ) <br> **Defendant**. ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 66) filed by Robert N. Hunter, Jr., concerning Mateo Forero-Norena, on November 2, 2023. Mateo Forero-Norena seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 66) is **GRANTED**. Mateo Forero-Norena is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: November 2, 2023

David C. Keesler
United States Magistrate Judge