IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **JERRY GREEN** and **LINDA PETROU**,<br><br>    Plaintiffs,<br><br>v.<br><br>**KAREN BRINSON BELL**, in her official capacity as Executive Director of the North Carolina Board of Elections,<br><br>    Defendant. | Case No. 3:21-CV-493-RJC-DCK |

## NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL

Plaintiffs Jerry Green and Linda Petrou ("Plaintiffs") respectfully notify the Court that the parties have agreed to settle the above-captioned matter and have executed a Settlement Agreement. Pursuant to the terms of that Settlement Agreement and Federal Rule of Civil Procedure 41(a), Plaintiffs hereby give notice that they voluntarily dismiss their Complaint with prejudice.

The parties shall each bear their own respective attorneys' fees and costs.

Dated: November 12, 2024

*/s/ Robert N. Hunter, Jr.*
Robert N. Hunter, Jr. (NCSB 5679)
HIGGINS BENJAMIN, PLLC
301 N. Elm St., Ste. 800
Greensboro, NC 27401
(336) 275-7577
rnhunterjr@greensborolaw.com

Cameron T. Norris*
Gilbert C. Dickey (NCSB 58650)
Tiffany H. Bates*
CONSOVOY MCCARTHY PLLC

Respectfully submitted,

Jason B. Torchinsky*
Erielle Davidson
Andrew Pardue
HOLTZMAN VOGEL BARAN
TORCHINSKY JOSEFIAK PLLC
2300 N Street NW, Ste. 643
Washington, DC 20037
Phone: (202) 737-8808
Fax: (540) 341-8809
jtorchinsky@holtzmanvogel.com
edavidson@holtzmanvogel.com
apardue@holtzmanvogel.com

1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
cam@consovoymccarthy.com
gilbert@consovoymccarthy.com
tiffany@consovoymccarthy.com

*Admitted *pro hac vice*

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Robert N. Hunter, Jr., hereby certify that on November 12, 2024, I electronically filed the foregoing Notice of Voluntary Dismissal with Prejudice with the Clerk of the Court using the CM/ECF system and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of record.

*/s/ Robert N. Hunter, Jr.*
Robert N. Hunter, Jr.

*Counsel for Plaintiffs*