# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| **JERRY GREEN** and **LINDA PETROU**,<br><br>　　　　　Plaintiffs,<br>v.<br><br>**KAREN BRINSON BELL**, in her official capacity as Executive Director of the North Carolina Board of Elections,<br><br>　　　　　Defendant. | Case No. 3:21-CV-493-RJC-DCK |

## NOTICE OF SETTLEMENT AND STIPULATION OF VOLUNTARY DISMISSAL

Plaintiffs Jerry Green and Linda Petrou ("Plaintiffs") respectfully notify the Court that the parties have agreed to settle the above-captioned matter and have executed a Settlement Agreement. Pursuant to the terms of that Settlement Agreement, the parties hereby stipulate and agree that the above-captioned action is voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The parties shall each bear their own respective attorneys' fees and costs.

| | |
|---|---|
| Dated: November 19, 2024 | Respectfully submitted, |
| /s/ *Robert N. Hunter, Jr.*<br>Robert N. Hunter, Jr. (NCSB 5679)<br>HIGGINS BENJAMIN, PLLC<br>301 N. Elm St., Ste. 800<br>Greensboro, NC 27401<br>(336) 275-7577<br>rnhunterjr@greensborolaw.com<br><br>Cameron T. Norris*<br>Gilbert C. Dickey (NCSB 58650)<br>Tiffany H. Bates*<br>CONSOVOY MCCARTHY PLLC | Jason B. Torchinsky*<br>Erielle Davidson<br>Andrew Pardue<br>HOLTZMAN VOGEL BARAN<br>TORCHINSKY JOSEFIAK PLLC<br>2300 N Street NW, Ste. 643<br>Washington, DC 20037<br>Phone: (202) 737-8808<br>Fax: (540) 341-8809<br>jtorchinsky@holtzmanvogel.com<br>edavidson@holtzmanvogel.com<br>apardue@holtzmanvogel.com |

1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
cam@consovoymccarthy.com
gilbert@consovoymccarthy.com
tiffany@consovoymccarthy.com

*Admitted *pro hac vice*

*Counsel for Plaintiffs*

JOSHUA H. STEIN
Attorney General

*/s/ Terence Steed*
Terence Steed
Special Deputy Attorney General
N.C. State Bar No. 52809
Email: tsteed@ncdoj.gov

Mary Carla Babb
Special Deputy Attorney General
N.C. State Bar No. 25731
Email: mcbabb@ncdoj.gov

N.C. Department of Justice Post Office Box 629
Raleigh, NC 27602
Telephone: (919) 716-6567
Facsimile: (919) 716-6763

## CERTIFICATE OF SERVICE

I, Robert N. Hunter, Jr., hereby certify that on November 19, 2024, I electronically filed the foregoing Notice of Voluntary Dismissal with Prejudice with the Clerk of the Court using the CM/ECF system and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of record.

*/s/ Robert N. Hunter, Jr.*
Robert N. Hunter, Jr.

*Counsel for Plaintiffs*
